IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.

SEP 2 9 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| IN THE MATTER OF THE<br>CRIMINAL COMPLAINT AGAINST<br><br>**RICHARD SPENCER FLYNN** | ) NO. 1:16MJ104<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint and Affidavit, the arrest warrant, the Motion to Seal and this Order be unsealed,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the affidavit, the arrest warrant, the Motion to Seal and the order to seal be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 29 day of September, 2016.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA